Theresa Malczyk, Appellant, v. Edward Malczyk, Appellee.

Gen. No. 46,866.

First District, Third Division.
November 7, 1956.
Released for publication December 28, 1956.

Paul F. Hayzlett, for appellant; Milton H. Wiess, for appellee. Opinion by JUDGE KILEY. **Not to be published in full.**